RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Cynthia Morgan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CYNTHIA MORGAN,<br><br>        Defendant. | Case No. 2:18-MJ-503-EJY<br><br>**STIPULATION TO CONTINUE STATUS CHECK HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Cynthia Morgan, that the Status Check Hearing currently scheduled on April 7, 2020 at 1:30 pm, be vacated and continued to June 16, 2020 at 1:30 pm.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests additional time for defendant to complete all court ordered conditions.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status check hearing.

DATED this 31st day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA MORGAN,<br><br>　　　　Defendant. | Case No. 2:18-MJ-503-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the status check hearing currently scheduled for Tuesday, April 7, 2020 at 1:30 p.m., be vacated and continued to Tuesday, June 16, 2020 at the hour of 1:30 p.m. in Courtroom 3D.

　　DATED this 31st day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE