RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
702-388-6577 Phone
Katherine_Tanaka@fd.org

Attorney for Cynthia Ann Morgan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CYNTHIA ANN MORGAN<br><br>         Defendant. | Case No: 2:18-mj-0503-EJY<br><br>**STIPULATION TO VACATE STATUS HEARING AND CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Cynthia Ann Morgan that the status hearing previously scheduled for June 16, 2020 at 1:30 p.m. be vacated and the case closed.

This Stipulation is entered into for the following reasons:

1.    Defendant was charged Operating a motor vehicle under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(1); Operating a motor vehicle with a BAC of 0.08 grams and higher in violation of 36 C.F.R. § 4.23(a)(2); Driving without a valid license in violation of 36 C.F.R. § 4.2(b) and NRS 483.550(1); and Interfering with agency functions in violations of 36 C.F.R. § 2.23(a)(1).

2. On June 14, 2018, Defendant pleaded guilty to operating a motor vehicle under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(1) and was sentenced to one year of unsupervised probation with the following conditions requiring Ms. Morgan (1) to complete a DUI and VIP course; (2) not to violate any local, state, or federal laws; and (3) not to enter the Lake Mead National Recreation Area for a period of (12) twelve months. The remaining charges were dismissed.

3. Defendant has successfully completed the conditions. Defendant has completed a DUI and VIP course and has reported she has not violated any local, state, or federal laws and that she did not enter the Lake Mead National Recreation from June 2018 to June 2019.

4. The Government is satisfied Defendant has completed the conditions of her sentencing.

5. Because Defendant has successfully completed the terms of her sentencing, the parties request the Court vacate the status hearing and ask that the case be closed.

DATE: June 15, 2020

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel L. Kent*<br>RACHEL L. KENT<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CYNTHIA ANN MORGAN<br><br>         Defendant. | Case No. 2:18-mj-0503-EJY<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of her sentencing.

IT IS THEREFORE ORDERED that the status hearing scheduled for June 16, 2020, at 1:30 p.m. is vacated and the case is closed.

DATED this 16th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 15, 2020 she served an electronic copy of the above and foregoing **STIPULATION TO VACATE STATUS CHECK HEARING AND CLOSE CASE** by emailing to:

>    NICHOLAS A. TRUTANICH
>    United States Attorney
>    Rachel L. Kent
>    Special Assistant United States Attorney
>    501 Las Vegas Blvd. South
>    Suite 1100
>    Las Vegas, NV 89101

   */s/ Felicia Darensbourg*
   Employee of the Federal Public Defender

4